The judgment is reversed and the cause remanded.

Opinion approved by the court.

## E. C. HENDERSON
### v.
### STATE.
### No. 27243.

Court of Criminal Appeals of Texas.

Oct. 13, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of forgery; the penalty is assessed at confinement in the state penitentiary for a term of three years.

Since perfecting his appeal the appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.